**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

THE KONG COMPANY, LLC,

        Plaintiff,

v.

JSS SUPPLY LLC, et al.

        Defendants.

Case No. 1:19-cv-03595-NRN

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Kong Company, LLC hereby voluntarily dismisses all claims in this action without prejudice and without costs to any party.

Dated:  January 30, 2020

Respectfully submitted,

/s/ *William D. Kloss, Jr.*
William D. Kloss, Jr. (Ohio Bar No. 0040854)
Daniel C. Wucherer (Ohio Bar No. 0097210)
Arryn K. Miner (Ohio Bar No. 0093909)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio  43215
Telephone:  (614) 464-6360
Email:  wdklossjr@vorys.com
       dcwucherer@vorys.com
       akminer@vorys.com

Martha L. Fitzgerald, #14078
Joshua A. Weiss
BROWNSTEIN HYATT FABER SCHRECK, LLP
410 Seventeenth Street, Suite 200
Denver, CO 80202-4432
Telephone:  (303) 223-1472
Email:  mfitzgerald@bhfs.com
       jweiss@bhfs.com
*Counsel for Plaintiff The Kong Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Court on January 30, 2020. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. I further certify that a copy of the foregoing has been served on Defendant JSS Supply LLC via email.

*s/ William D. Kloss, Jr.*
William D. Kloss, Jr.